Brenda KAPPOS, Petitioner-Appellant

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee

No. 16-60605

United States Court of Appeals, Fifth Circuit.

Filed June 16, 2017

Brenda Kappos, Pro Se

Karen G. Gregory, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, Michael J. Haungs, Esq., Supervisory Attorney, Kathryn Keneally, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, William J. Wilkins, Internal Revenue Service, Washington, DC, for Respondent-Appellee

Before HIGGINBOTHAM, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

---

Marcelo Seixas DE CASTRO, Petitioner

v.

Jefferson B. SESSIONS, III, U.S. Attorney GeneraL, Respondent

No. 15-60796
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed June 19, 2017

Tatiana S. Aristova, Plainsboro, NJ, for Petitioner

Kevin James Conway, Esq., Sharon Michele Clay, Esq., Trial Attorney, Office of Immigration Litigation, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent

Before BARKSDALE, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Marcelo Seixas de Castro, a native and citizen of Brazil, petitions for review of the Board of Immigration Appeals' (BIA) dismissing his appeal of the Immigration Judge's (IJ) denying his motion to reopen. De Castro entered the United States unlawfully in May 2004. He was apprehended at a Houston checkpoint, and claims no one spoke to him in Portuguese or provid-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.